RICHARD MORTIMER, as Sole Surviving Executor, etc.,
Respondent, *v.* THE METROPOITAN ELEVATED RAILWAY
COMPANY et al., Appellants.

THE SAME, Respondent, *v.* THE NEW YORK ELEVATED RAIL-
ROAD COMPANY et al., Appellants.

(Argued January 16, 1893; decided January 31, 1893.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made February 18, 1892, which affirmed judgments in favor
of plaintiffs, entered upon decisions of the court on trial at
Special Term.

*Samuel B. Rogers* for appellants.

*John Alex Beall* for respondent.

Agree to affirm; no opinion.
All concur.
Judgments affirmed.